# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES ASHFORD, ADC #133975**                                                   **PLAINTIFF**

**v.**             **CASE NO. 5:11CV00131 BSM-JTK**

**WARDEN STRAUGHN**                                                                **DEFENDANT**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* [Doc. No. 1] is DENIED.

2. Should plaintiff wish to continue prosecuting this case, he is required to submit the statutory filing fee of $350 to the clerk's office, noting the above case style and number within ten (10) days of the date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. This case is DISMISSED without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 30th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE