IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES ASHFORD, ADC #133975**                                                   **PLAINTIFF**

**v.**               **CASE NO. 5:11CV00131 BSM-JTK**

**WARDEN STRAUGHN**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 30th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE